AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:20-mj-00012
Residence of Nedeltcho Vladimirov, with an address of )
5429 Hillbrook Drive, Cross Lanes, Kanawha County, )
West Virginia )



SEALED

FILED
FEB - 4 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment "A"

located in the _____Southern_____ District of _____West Virginia_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1341, 1343, 1349, 1956, 1957, 2314 | Mail/wire fraud, money laundering, transfer of stolen goods, and conspiracy to violate those statutes |

The application is based on these facts:

☑ Continued on the attached sheet.
☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Terry Hedrick, Special Agent USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb. 3, 2020

_____
*Judge's signature*

City and state: Charleston, West Virginia         Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*