(Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

**SEALED**

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | )   Case No.   2:20-mj-00012 |
| Residence of Nedeltcho Vladimirov, with an address of 5429 Hillbrook Drive, Cross Lanes, Kanawha County, West Virginia | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____West Virginia____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before ____February 17, 2020____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Dwane L. Tinsley____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*      ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  Feb. 3, 2020 3:59 PM _____    _____
*Judge's signature*

City and state:      ____Charleston, West Virginia____      ____Dwane L. Tinsley, United States Magistrate Judge____
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:20-mj-00012 | Date and time warrant executed:<br>02/10/2020 12:00 am | Copy of warrant and inventory left with:<br>On kitchen table of the residence |

Inventory made in the presence of:
Raymond Osmolinski (USSS)

Inventory of the property taken:
See attached inventory sheets.

| Certification |
|---|

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-12-2020

_____
Executing officer's signature

Terry S. Hedrick   Special Agent
_____
Printed name and title



## Detailed Inventory of All Items Seized

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 5429 HILLBROOK DRIVE | 02/10/2020 | 02/10/2020 10:43:52 AM |
| CHARLESTON, WEST VIRGINIA 25313 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-708-15476 | 02/10/2020 01:09:05 PM |

**Site Description:** RESIDENCE

---

**Item #:** 1    **Evidence Box:** 1    **Room Name:** C - 1ST FLOOR KITCHEN
**Where Found:** IN CABINET    **Quantity:** 1
**Serial #:**
**Description:** BUSINESS CARD FOR WV MOBILE PAWN SHOP/NED VLADIMIROV

**Key Word:**
**Locating Investigator:** SGT TL WEESE
**Secondary Investigator:**
**Evidence Custodian:** TERRY HEDRICK
**Evidence Logger:** RAYMOND OSMOLINSKI

---

**Item #:** 2    **Evidence Box:** 2    **Room Name:** C - 1ST FLOOR KITCHEN
**Where Found:** ON FLOOR    **Quantity:** 1
**Serial #:**
**Description:** RELIANCE TRANSFER SWITCH KIT

**Key Word:**
**Locating Investigator:** SGT TL WEESE
**Secondary Investigator:**
**Evidence Custodian:** TERRY HEDRICK
**Evidence Logger:** RAYMOND OSMOLINSKI

---

**Item #:** 3    **Evidence Box:** 3    **Room Name:** C - 1ST FLOOR KITCHEN
**Where Found:** ON FLOOR    **Quantity:** 1
**Serial #:**
**Description:** RELIANCE TRANSFER SWITCH KIT

**Key Word:**
**Locating Investigator:** SGT TL WEESE
**Secondary Investigator:**
**Evidence Custodian:** TERRY HEDRICK
**Evidence Logger:** RAYMOND OSMOLINSKI

---



## Detailed Inventory of All Items Seized

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 5429 HILLBROOK DRIVE | 02/10/2020 | 02/10/2020 10:43:52 AM |
| CHARLESTON, WEST VIRGINIA 25313 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-708-15476 | 02/10/2020 01:09:05 PM |

**Site Description:**   RESIDENCE

---

**Item #:** 4     **Evidence Box:** 1     **Room Name:** I - 2ND FLOOR BEDROOM LEFT
**Where Found:**   ON FLOOR     **Quantity:**   1
**Serial #:**
**Description:**   CRAFTSMAN CMCF910 DRILL

**Key Word:**

| | |
|---|---|
| **Locating Investigator:** | JEREMY THOMPSON |
| **Secondary Investigator:** | JARED DAVIS |
| **Evidence Custodian:** | TERRY HEDRICK |
| **Evidence Logger:** | RAYMOND OSMOLINSKI |

---

**Item #:** 5     **Evidence Box:** 2     **Room Name:** I - 2ND FLOOR BEDROOM LEFT
**Where Found:**   ON FLOOR     **Quantity:**   1
**Serial #:**
**Description:**   BUCKET FULL OF MISCELLANEOUS JEWELRY, COINS AND COLLECTIBLE CURRENCY

**Key Word:**

| | |
|---|---|
| **Locating Investigator:** | JEREMY THOMPSON |
| **Secondary Investigator:** | |
| **Evidence Custodian:** | TERRY HEDRICK |
| **Evidence Logger:** | RAYMOND OSMOLINSKI |

---

**Item #:** 6     **Evidence Box:** 3     **Room Name:** I - 2ND FLOOR BEDROOM LEFT
**Where Found:**   ON FLOOR     **Quantity:**   1
**Serial #:**
**Description:**   BIN OF MISCELLANEOUS KNIVES

**Key Word:**

| | |
|---|---|
| **Locating Investigator:** | JEREMY THOMPSON |
| **Secondary Investigator:** | |
| **Evidence Custodian:** | TERRY HEDRICK |
| **Evidence Logger:** | RAYMOND OSMOLINSKI |

---



## Detailed Inventory of All Items Seized

| Site Address: | Report Date: | Starting Date and Time: |
|---|---|---|
| 5429 HILLBROOK DRIVE | 02/10/2020 | 02/10/2020 10:43:52 AM |
| CHARLESTON, WEST VIRGINIA 25313 | USSS Case #: | Ending Date and Time: |
| | 104-708-15476 | 02/10/2020 01:09:05 PM |

Site Description: RESIDENCE

---

**Item #:** 7    **Evidence Box:** 1      **Room Name:** J - 2ND FLOOR BEDROOM LEFT LE
**Where Found:** ON FURNITURE      **Quantity:** 1
**Serial #:** CND4486VSC
**Description:** HP LAPTOP MODEL #15-R136WM

**Key Word:**
**Locating Investigator:** OFFICER HARVEY
**Secondary Investigator:**
**Evidence Custodian:** TERRY HEDRICK
**Evidence Logger:** RAYMOND OSMOLINSKI

---

**Item #:** 8    **Evidence Box:** 1      **Room Name:** G - 2ND FLOOR BEDROOM RIGHT
**Where Found:** ON FURNITURE      **Quantity:** 1
**Serial #:** DMPS903RH258
**Description:** WHITE IPAD PRO

**Key Word:**
**Locating Investigator:** TAD LIPSCOMB
**Secondary Investigator:** SGT BOYLES
**Evidence Custodian:** TERRY HEDRICK
**Evidence Logger:** RAYMOND OSMOLINSKI

---

**Item #:** 9    **Evidence Box:** 2      **Room Name:** G - 2ND FLOOR BEDROOM RIGHT
**Where Found:** ON FURNITURE      **Quantity:** 1
**Serial #:** DLXP1MAFKYC
**Description:** IPAD AIR

**Key Word:**
**Locating Investigator:** TAD LIPSCOMB
**Secondary Investigator:** TAD LIPSCOMB
**Evidence Custodian:** TERRY HEDRICK
**Evidence Logger:** RAYMOND OSMOLINSKI

---

 **Detailed Inventory of All Items Seized**

| Site Address: | Report Date: | Starting Date and Time: |
|---|---|---|
| 5429 HILLBROOK DRIVE | 02/10/2020 | 02/10/2020 10:43:52 AM |
| CHARLESTON, WEST VIRGINIA 25313 | USSS Case #: | Ending Date and Time: |
| | 104-708-15476 | 02/10/2020 01:09:05 PM |

**Site Description:** RESIDENCE

---

**Item #:** 10    **Evidence Box:** 3    **Room Name:** G - 2ND FLOOR BEDROOM RIGHT
**Where Found:** ON FURNITURE    **Quantity:** 1
**Serial #:** R38M10L7P3P
**Description:** GALAXY S10 PHONE

**Key Word:**

| | |
|---|---|
| **Locating Investigator:** | TAD LIPSCOMB |
| **Secondary Investigator:** | SGT BOYLES |
| **Evidence Custodian:** | TERRY HEDRICK |
| **Evidence Logger:** | RAYMOND OSMOLINSKI |

---

**Item #:** 11    **Evidence Box:** 4    **Room Name:** G - 2ND FLOOR BEDROOM RIGHT
**Where Found:** ON FURNITURE    **Quantity:** 1
**Serial #:**
**Description:** LONGINES WATCH

**Key Word:**

| | |
|---|---|
| **Locating Investigator:** | TAD LIPSCOMB |
| **Secondary Investigator:** | SGT BOYLES |
| **Evidence Custodian:** | TERRY HEDRICK |
| **Evidence Logger:** | RAYMOND OSMOLINSKI |

---

**Item #:** 12    **Evidence Box:** 1    **Room Name:** E - 1ST FLOOR DINING ROOM
**Where Found:** ON TABLE    **Quantity:** 1
**Serial #:** SERVICE TAG 8K392G2
**Description:** DELL ULTRABOOK LAPTOP

**Key Word:**

| | |
|---|---|
| **Locating Investigator:** | TAD LIPSCOMB |
| **Secondary Investigator:** | |
| **Evidence Custodian:** | TERRY HEDRICK |
| **Evidence Logger:** | RAYMOND OSMOLINSKI |



## Detailed Inventory of All Items Seized

| Site Address: | Report Date: | Starting Date and Time: |
|---|---|---|
| 5429 HILLBROOK DRIVE | 02/10/2020 | 02/10/2020 10:43:52 AM |
| CHARLESTON, WEST VIRGINIA 25313 | USSS Case #: | Ending Date and Time: |
| | 104-708-15476 | 02/10/2020 01:09:05 PM |

**Site Description:**   RESIDENCE

---

**Item #:**  13    **Evidence Box:**  2        **Room Name:** E - 1ST FLOOR DINING ROOM
**Where Found:**   ON PERSON OF                   **Quantity:**   1
**Serial #:**    DNQVP3J9JCLF
**Description:**   1 IPHONE X


**Key Word:**
**Locating Investigator:**     TAD LIPSCOMB
**Secondary Investigator:**
**Evidence Custodian:**      TERRY HEDRICK
**Evidence Logger:**      RAYMOND OSMOLINSKI

---

**Item #:**  14    **Evidence Box:**  2        **Room Name:** L - BEDROOM OVER GARAGE
**Where Found:**   ON FLOOR                     **Quantity:**   1
**Serial #:**
**Description:**   CRAFTSMAN 1/2 DRIVE RATCHET


**Key Word:**
**Locating Investigator:**     SGT BOYLES
**Secondary Investigator:**
**Evidence Custodian:**      TERRY HEDRICK
**Evidence Logger:**      RAYMOND OSMOLINSKI

---

**Item #:**  15    **Evidence Box:**  3        **Room Name:** L - BEDROOM OVER GARAGE
**Where Found:**   ON FLOOR                     **Quantity:**   1
**Serial #:**
**Description:**   3 BOTTLES 60 COUNT PREVAGEN


**Key Word:**
**Locating Investigator:**     SGT BOYLES
**Secondary Investigator:**
**Evidence Custodian:**      TERRY HEDRICK
**Evidence Logger:**      RAYMOND OSMOLINSKI

---



# Detailed Inventory of All Items Seized

| | | |
|---|---|---|
| **Site Address:** | **Report Date:** | **Starting Date and Time:** |
| 5429 HILLBROOK DRIVE | 02/10/2020 | 02/10/2020 10:43:52 AM |
| CHARLESTON, WEST VIRGINIA 25313 | **USSS Case #:** | **Ending Date and Time:** |
| | 104-708-15476 | 02/10/2020 01:09:05 PM |

**Site Description:**   RESIDENCE

---

**Item #:**  16     **Evidence Box:** L          **Room Name:** L - BEDROOM OVER GARAGE
**Where Found:**   ON FLOOR                **Quantity:**   13
**Serial #:**
**Description:**   12 PS3 AND PS4 VIDEO GAMES AND ONE BOBBLEHEAD


**Key Word:**

**Locating Investigator:**   SGT BOYLES
**Secondary Investigator:**
**Evidence Custodian:**   TERRY HEDRICK
**Evidence Logger:**   RAYMOND OSMOLINSKI

---

**Item #:**     **Evidence Box:**          **Room Name:**
**Where Found:**                **Quantity:**
**Serial #:**
**Description:**


**Key Word:**

**Locating Investigator:**
**Secondary Investigator:**
**Evidence Custodian:**
**Evidence Logger:**

---

**Item #:**     **Evidence Box:**          **Room Name:**
**Where Found:**                **Quantity:**
**Serial #:**
**Description:**


**Key Word:**

**Locating Investigator:**
**Secondary Investigator:**
**Evidence Custodian:**
**Evidence Logger:**

---

# Nedeltcho VLADIMIROV 104-708-15476
# Retail Inventory

| Scanned UPC | Item Description | Search Room # | Box | Count |
|---|---|---|---|---|
| 662766664836 | Reem Echo Net Thermostat | I | R1 | 1 |
| 4897036416587 | NUU Mobile Phone | I | R1 | 1 |
| 849944049610 | Arlo Pro 2 | I | R1 | 1 |
| 5060384255651 | Next Base Dashcam | I | R1 | 1 |
| 792363562263 | Outlook HD Dashcam | I | R1 | 1 |
| 792363562263 | Outlook HD Dashcam | I | R1 | 1 |
| 662766664836 | Reem Echo Net Thermostat | I | R1 | 1 |
| 662766664836 | Reem Echo Net Thermostat | I | R1 | 1 |
| 854219004164 | Scale Blaster Water Conditioner | I | R1 | 1 |
| 353100469254 | Alli 120 Count | I | R1 | 1 |
| 10343922983 | Epson Ink 288 | I | R1 | 35 |
| 10343923058 | Epson Ink 28 XL | I | R1 | 7 |
| 10343923034 | Epson 288 4 Pack | I | R1 | 7 |
| 718037846910 | My Passport | I | R1 | 2 |
| 33317208708 | TI84 plus Calculator | I | R1 | 1 |
| 636893403774 | Dewalt Pressure Washer Nozzle | I | R1 | 5 |
| 45242532421 | Milwaukee Flashlight | I | R1 | 2 |
| 811571018284 | Chromecast Ultra | I | R1 | 2 |
| 21397G259655 | Roku Stick | I | R1 | 3 |
| 3423473021230 | Dolce and Gabana Colgne | I | R1 | 2 |
| 3614270254697 | Aqua di Gio | I | R1 | 1 |
| 763649073360 | XBOX Seagate | I | R1 | 1 |
| 7350071076231 | Luna Mini 2 | I | R1 | 1 |
| 816965007097 | Brecknell Scale | I | R1 | 1 |
| 883049486581 | Kitchen Aid Mixer | I | Pallet | 2 |
| 885609016849 | Dyson Ball | I | Pallet | 1 |
| 26508276136 | Moen Genta Shower Head | I | Pallet | 1 |
| 98071003238845 | Delta Sink  Faucet | I | Pallet | 1 |
| 858001008781 | Everbilt Sump Pump | I | Pallet | 1 |
| 885612416551 | Kohler Faucet | I | Pallet | 1 |
| 885612719416 | Kohler Faucet R22940 | I | Pallet | 1 |
| 34449925686 | Delta Owendale | I | Pallet | 2 |
| 622356558112 | Shark Rocket Vacuum | I | Pallet | 1 |
| 815181010683 | Reliance Transfer Switch | I | Pallet | 1 |
| 815181010683 | Reliance Transfer Switch | C | Pallet | 2 |
| 883351489317 | Quickset Smart Lock | I | Pallet | 1 |
| 22548349878 | Michael Kors Cologne | G | R2 | 1 |
| 3351500012961 | Chrome Azzaro | G | R2 | 1 |
| 3386460032681 | Monte Blanc | G | R2 | 2 |
| 883049275215 | Kitchen Aid Mixer 4.5 Quart | L | Pallet | 1 |
| 85267851534 | honeywell Thermostat | L | R2 | 3 |
| 85267771955 | Honeywell Thermostat | L | R2 | 2 |

# Nedeltcho VLADIMIROV 104-708-15476
## Retail Inventory

| Scanned UPC | Item Description | Search Room # | Box | Count |
|---|---|---|---|---|
| 875874004931 | diamond Back Scope | L | R2 | 1 |
| 875874006508 | Diamond back binoculars | L | R2 | 3 |
| 875874006454 | Diamond Back Binoculars 12x50 | L | R2 | 2 |
| 875874006430 | Diamond Back Binoculars | L | R2 | 1 |
| 97855135391 | Pro Stream Web Cam | L | R2 | 1 |
| 32929421772 | Lexmart 100xl Ink | L | R2 | 1 |
| 39564506765 | PT Airbrush Kit | L | R2 | 2 |
| 46928560011 | Swiss Army Knift | L | R2 | 1 |
| 41260368004 | Kroger Brand Electric Toothbrush | L | R2 | 2 |
| 69055877531 | Braun Series 300 | L | R2 | 3 |
| 75020082930 | Norelco 6820 Shaver | L | R2 | 1 |
| 612572210727 | Arris Modem | L | R2 | 2 |
| 50036354752 | JBL Headphones | L | R2 | 2 |
| 13803327687 | Canon Outdoor Camera | L | R2 | 4 |
| 5060384255651 | Next Base Dashcam | L | R3 | 1 |
| 90835144567 | Might Mule Wireless System | L | R3 | 1 |
| 819900012224 | Kodak Pix Pro | L | R3 | 3 |
| 847626002403 | J5 USB Adapter | L | R3 | 1 |
| 13803321586 | Canon Ivy Click | L | R3 | 1 |
| 13803327687 | Canon Ivy | L | R3 | 1 |
| 32277380615 | Solder | L | R3 | 3 |
| 788130016299 | Truglo | L | R3 | 1 |
| 54757098674 | Well Pump | L | Pallet | 1 |
| 840456108369 | American Dynamics Camera | L | Pallet | 1 |
| 792363648387 | Icon Wrench Set | L | R3 | 1 |
| 875874006430 | Diamond Back Binoculars 10x42 | L | R3 | 1 |
| 885911425421 | Dewalt Brushless Impact Tool | L | R3 | 2 |
| 792363638432 | Cobra Wireless Cameras | L | R3 | 6 |
| 916951C47693 | Phillips Norelco 9100 | L | R3 | 1 |
| 875874001145 | Diamond Back Scope | L | R3 | 1 |
| 792363642781 | Chief Cut Off Tool | L | R3 | 1 |
| 39564506376 | PT Mini Air Ratchet | L | R3 | 1 |
| 39564505614 | PT Air Ratchet | L | R3 | 1 |
| 792363647526 | Chief Air Drill | L | R3 | 2 |
| 792363646246 | Chief Die Grinder | L | R3 | 3 |
| 792363648424 | Icon Wrench Set 7 Piece | L | R3 | 1 |
| 69055879740 | Braun Series 5 | L | R4 | 1 |
| 33991069275 | Boom Bottle MM | L | R4 | 1 |
| 612572211373 | Arris Net | L | R4 | 1 |
| 792363648370 | Icon 7 Wrench Set | L | R4 | 2 |
| 4897034344950 | WOW Pool Speaker | L | R4 | 1 |

# Nedeltcho VLADIMIROV 104-708-15476

## Retail Inventory

| Scanned UPC | Item Description | Search Room # | Box | Count |
|---|---|---|---|---|
| 40102533150 | Andis Pro Animal Shaver | L | R4 | 3 |
| 43917948287 | Wahl Grooming Kit | L | R4 | 3 |
| 346472042 | Bosch Laser | L | R4 | 1 |
| 7392557600325 | Nipper 12" | L | R4 | 1 |
| 10343952294 | Workforce Wireless Printer | L | R4 | 1 |
| 729849160248 | Pet Safe Remote Trainer | L | R4 | 1 |
| 30937313935 | Milton Inflator Gauge | L | R4 | 1 |
| 663023017556 | Ingersoll Rand Air Impact | L | Pallet | 2 |
| 829486139840 | Bella Rocket Pro | L | Pallet | 1 |
| 883049193861 | Kitchen Aid Mixer 4.5 Quart Black | L | Pallet | 1 |
| 885609014135 | Dyson V7 Animal | L | Pallet | 1 |
| 856560007412 | Ecovacs Robot Vacuum | L | Pallet | 1 |
| 849688011195 | Wisenet Video Security System | L | Pallet | 1 |
| 885911508681 | Dewalt Multi Port Charget | L | Pallet | 1 |
| 849688011218 | Wisenet Video Security System | L | Pallet | 1 |
| **TOTAL** | | | | **192** |

# Nedeltcho VLADIMROV 104-708-15476

## Supplemental Evidence List

| Room | Item | Serial # |
|---|---|---|
| I | Lenovo Laptop | R90LGJHX |
| I | LG Thin Q Phone | |
| I | Box of Storage Media | |
| I | Bag of SIM Cards | |
| I | WVDL for Brian CURTIS | |
| I | Seagate Free Agent Drive | |
| I | Western Digitial Drive | |
| I | Seagate Disc Drive | |
| I | Bang & Olufsen Computer | |